# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **LANE PERRODIN** | **CASE NO.  6:21-CV-02584** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **SOCIAL SECURITY ADMINISTRATION** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the decision of the Commissioner of the Social Security Administration is **AFFIRMED**, and this matter is **DISMISSED WITH PREJUDICE**, consistent with the report and recommendation.

**THUS DONE AND SIGNED** in Lafayette, Louisiana on this 20th day of April, 2022.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE